# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

DAVID LASHUAY

    Plaintiff,

v.

DELILNE, et al.,

    Defendants,

Case No.: 1:17-cv-13581
District Judge: Thomas L. Ludington
Magistrate Judge: Patricia T. Morris

---

CONSTITUTIONAL LITIGATION ASSOCIATES, P.C.
Cynthia Heenan (P53664)
Hugh M. Davis (P12555)
Attorneys for Plaintiff
450 W. Fort Street, Suite 200
Detroit, MI 48226
(313) 961-2255
heenan@conlitpc.com
davis@conlitpc.com
info@conlitpc.com

MICHIGAN DEPT. OF ATTORNEY GENERAL
John L. Thurber (P44989)
Attorney for MDOC Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 373-6434
thurberj@michigan.gov

CHAPMAN LAW GROUP
Ronald W. Chapman Sr., M.P.A., LL.M (P37603)
Carly Van Thomme (P59706)
Attorneys for Defendants Corizon Health; Keith Papendick, M.D.; Scott Weaver, P.T.; Danielle Alford, P.A.; Terrance Whiteman, M.D.; Tana Hill, N.P.; Jennifer Wierman, N.P.; Lynn Larson, M.D.; and Muhammad Rais, M.D.
1441 West Long Lake Rd., Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
cvanthomme@chapmanlawgroup.com

## **STIPULATED HIPAA DISCLOSURE ORDER AND/OR QUALIFIED PROTECTIVE ORDER**

This matter having come before the Court on the stipulation of the parties and the Court being otherwise fully advised in the premises;

**NOW, THEREFORE:**

**IT IS HEREBY ORDERED** that Plaintiff's examining, testing and/or treating doctors, nurses and other medical personnel may discuss his medical conditions and treatment with counsel for the Defendants; however, the decision to do so lies with the doctors, nurses and other medical personnel and is not compelled by this order.

**IT IS FURTHER ORDERED** that counsel for the Defendants are prohibited from using any such discussed or provided health care information for any purpose other than as a part of the present litigation.

**IT IS FURTHER ORDERED** that upon completion of the present litigation, counsel for the Defendants shall destroy any copies of any documentary health care information received from any health care provider pursuant to this Order and any original materials shall be returned to the provider.

**SO ORDERED.**

Dated: January 17, 2018               s/Thomas L. Ludington
                                      THOMAS L. LUDINGTON
                                      United States District Judge

Approved as to form and substance by:

2

| | |
|---|---|
| /s/Cynthia Heenan | /s/Carly Van Thomme |
| Cynthia Heenan (P53664) | Carly Van Thomme (P59706) |
| Attorney for Plaintiff | Attorney for Corizon Defendants |
| | |
| | /s/ John L. Thurber |
| | John L. Thurber (P44989) |
| | Attorney for MDOC Defendants |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 17, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager

3