UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

Ken Lashuay, Personal Representative
of the Estate of David Lashuay

      Plaintiff,

vs.

Aimee DeLine, et al.

      Defendants.

Case No.1:17-cv-13581
Hon. Thomas Ludington
Mag. Patricia T. Morris

_____/

## INDEX OF EXHIBITS

| | |
|---|---|
| Ex. 1  | Pain Management Chapter |
| Ex. 2  | Dep Trx of Dr. Borgerding |
| Ex. 3  | Hurley Med Rec Excerpt – Extreme Pain |
| Ex. 4  | Hurley Med Rec Excerpt – Pain Disorder |
| Ex. 5  | Hurley Med Rec Excerpt – Meds on Discharge |
| Ex. 6  | Med Orders 10/17/14 |
| Ex. 7  | Med Orders 10/18/14 |
| Ex. 8  | Med Orders 10/22/14 |
| Ex. 9  | Med Orders 11/12/14 |
| Ex. 10 | Med Orders - Group |
| Ex. 11 | 5/25/15 Hill Progress Note |
| Ex. 12 | Med Orders 5/22/15 |
| Ex. 13 | 6/5/15 Hill Progress Note |
| Ex. 14 | MDOC Med Rec Excerpt – Prog Note 3/4 and 4/8/15 |
| Ex. 15 | Med Order 6/5/15 |

| | |
|---|---|
| Ex. 16 | MDOC Med Rec Excerpt – Prog Note 6/3/15 |
| Ex. 17 | MDOC Med Rec Excerpt – Prog Note 5/20/15 |
| Ex. 18 | Dep. Trx. NP Hill |
| Ex. 19 | MDOC Med Rec Excerpt – Prog Note 6/8/15 |
| Ex. 20 | Med orders 6/25/15 |
| Ex. 21 | Med Orders 7/7/15 |
| Ex. 22 | Dep Trx Dr. Larson |
| Ex. 23 | 10/17/14 PA Alford History and Physical (intake) |
| Ex. 24 | Dep Trx David Lashuay |
| Ex. 25 | Med Orders 7/16/15 |
| Ex. 26 | Med Orders 8/11/15 |
| Ex. 27 | Med Orders 8/12/15 |
| Ex. 28 | Med Orders 8/4/15 |
| Ex. 29 | MDOC Kite Response 7/16/15 |
| Ex. 30 | MDOC Med Rec Excerpt – Prog Note 7/20/15 |
| Ex. 31 | MDOC Kite Response 7/28/15 |
| Ex. 32 | MDOC Kite Response 8/2/15 |
| Ex. 33 | Dep. Trx. Dr. Rais |
| Ex. 34 | MDOC Med Rec Excerpt – Group Docs 8 to 12-15 |
| Ex. 35 | MDOC Med Rec Excerpt 1/10/16 |
| Ex. 36 | Dep. Trx. Dr. Whiteman |
| Ex. 37 | 10/17/14 PA Duncan Nursing Progress Note (intake) |
| Ex. 38 | Deposition of Dr. Papendick |
| Ex. 39 | Deposition of RN Trout |
| Ex. 40 | 10/17/14 Physician's Orders |

| | |
|---|---|
| Ex. 41 | (missing?) PT handling scar massage and stretching |
| Ex. 42 | 12/18/14 PT Note |
| Ex. 43 | (missing?) Hurley discharge note to follow up in 2 weeks |
| Ex. 44 | Deposition of Key Lashuay |
| Ex. 45 | 12/19/14 Dr. Morris 409 Handwritten Recommendations |
| Ex. 46 | 12/19/14 Dr. Morris Hurley f/u Report |
| Ex. 47 | 12/19/14 RN Mullenix Progress Note |
| Ex. 48 | 12/22/14 PT Report |
| Ex. 49 | 1/19/15 Hill Progress Note |
| Ex. 50 | Corizon Policy re Authorization for Outpatient Referrals |
| Ex. 51 | Corizon Introduction to Utilization Management |
| Ex. 52 | 6/5/15 Papendick e-mail to Hill |
| Ex. 53 | 6/9/15 Hill 407 for Contracture release & regrafting at Hurley (Dr. Morris) |
| Ex. 54 | MDOC Transfer Dates |
| Ex. 55 | 6/25/15 Larson Progress Note |
| Ex. 56 | 7/7/15 Larson Progress Note |
| Ex. 57 | 7/8/15 Larson Discharge Summary |
| Ex. 58 | 7/8/15 Larson e-mail to Rais re discharge to C-Unit |
| Ex. 59 | 7/9/15 Rais 407 for Dr. Pfeiffer Surgery Consult |
| Ex. 60 | 7/22/15 Rais 407 for Dr. Pfeiffer Surgery Consult |
| Ex. 61 | 8/4/15 Rais Chart Update 10:25 am |
| Ex. 62 | 8/4/15 Rais Chart Update 11:13 am |
| Ex. 63 | 8/6/17 Rais Chart Update |
| Ex. 64 | 8/27/15 Rais Chart Update |
| Ex. 65 | Affidavit of Jillian Rosati |

| | |
|---|---|
| Ex. 66 | 10/6/15 Physical Therapy Discharge |
| Ex. 67 | 2/12/16 Discharge from C-Unit |
| Ex. 68 | Dr. Morris Records Sept. 2016 |
| Ex. 69 | Records of Dr. Yonick |
| Ex. 70 | Records of Vance's Rehabilitation |
| Ex. 71 | MDOC 4/22/15 Memo re Wound Care |